ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:    (562) 435-2626
Telecopier:   (562) 437-7555
Email:        erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:    (415) 693-5566
Telecopier:   (415) 693-0410
Email:        contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. | Case No.: CV 10 5590 MEJ |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND AND CONTINUANCE OF LITIGATION DEADLINES; ~~PROPOSED~~ ORDER** |
| vs. | |
| U.S. PACIFIC TRANSPORT, INC., and DOES 1 through 20, | |
| Defendants. | |

Plaintiff MITSUI O.S.K. LINES, LTD. ("MOL") and Defendant U.S. PACIFIC TRANSPORT, INC. ("USPTI") wish to postpone litigation-related deadlines so that they may engage in settlement discussions regarding this case.  Such postponement is in the interest of the parties and judicial economy since such discussions could lead to resolution of the matter and/or refinement of issues.  Accordingly, they respectfully request that this Court grant an extension of

USPTI to and including April 30, 2011 to respond to the Amended Complaint hereunder, and to continue all other hearings and deadlines in this case approximately sixty days from their current dates.

DATED: February 25, 2011         FLYNN, DELICH & WISE LLP

By: _____
     Erich P. Wise
     Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

DATED: February 25, 2011         RODRIGUEZ, O'DONNELL, GONZALEZ
                                 & WILLIAMS, P.C.

By: _____
     Henry P. Gonzalez, LL.M.
     Carlos Rodriguez, Esq.
Attorneys for Defendant
U.S. PACIFIC TRANSPORT, INC.

[PROPOSED] ORDER

Pursuant to stipulation, and good cause having been shown, the Court orders as follows:

1)   USPTI shall have to and including April 30, 2011 to respond to the complaint;

2)   The last day to meet and confer re: initial disclosures, etc., and to file an ADR certification and stipulation for ADR or request for ADR phone conference, is continued to: May _____, 2011.

3)   The last day to file a rule 26 report, complete initial disclosures and file a case management conference is continued to May  26 , 2011.

-2-

STIPULATION AND PROPOSED ORDER
Case No.: CV 10 5590 MEJ

4)  The initial case management conference is continued to June  2 , 2011 at 10:00 a.m., in Courtroom B, 15th Floor, San Francisco.  All deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: March 7, 2011

_____
UNITED STATES MAGISTRATE JUDGE

-3-
STIPULATION AND PROPOSED ORDER
Case No.: CV 10 5590 MEJ