ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:     (562) 435-2626
Telecopier:    (562) 437-7555
Email:         erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:     (415) 693-5566
Telecopier:    (415) 693-0410
Email:         contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. | Case No.: CV 10 5590 MEJ |
| Plaintiff, | **JOINT CMC STATEMENT AND STIPLATION/REQUEST FOR CONTINUANCE OF CMC AND OTHER LITIGATION DEADLINES** |
| vs. | |
| U.S. PACIFIC TRANSPORT, INC., and DOES 1 through 20, | Date: June 2, 2011<br>Time: 8:30 a.m. |
| Defendants. | |

      Plaintiff MITSUI O.S.K. LINES, LTD. ("MOL") and Defendant U.S. PACIFIC TRANSPORT, INC. ("USPTI") have previously requested, and this court granted, a continuance of litigation-related deadlines so that they may engage in settlement discussions regarding this case.  As a consequence of those discussions, the parties are very close to reaching a settlement

-1-
JOINT CMC STATEMENT - STIPULATION
Case No.: CV 10 5590 MEJ

that will result in a dismissal of this action in its entirety, and therefore respectfully request a further 45-60 day continuance of the CMC and all other pending deadlines.

Such postponement is in the interest of the parties and judicial economy since such discussions could lead to resolution of the matter and/or refinement of issues. Accordingly, they respectfully request that this Court grant an extension of USPTI to and including June 30, 2011 to respond to the Amended Complaint hereunder, and to continue all other hearings and deadlines in this case approximately sixty days from their current dates.

DATED: May 26, 2011         FLYNN, DELICH & WISE LLP


By: _____/s/_____
    Erich P. Wise
    Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.


DATED: May 26, 2011         RODRIGUEZ, O'DONNELL, GONZALEZ
                            & WILLIAMS, P.C.


By: _____/s/_____
    Carlos Rodriguez
    Henry Gonzalez
Attorneys for Defendant
U.S. PACIFIC TRANSPORT, INC.

### [PROPOSED] ORDER

Pursuant to stipulation, and good cause having been shown, the Court orders as follows:

1)   USPTI shall have to and including June 30, 2011 to respond to the complaint;

-2-

JOINT CMC STATEMENT - STIPULATION
Case No.: CV 10 5590 MEJ

  2) The last day to meet and confer re: initial disclosures, etc., and to file an ADR certification and stipulation for ADR or request for ADR phone conference, is continued to: July _____, 2011.

  3) The last day to file a rule 26 report, complete initial disclosures and file a case management conference is continued to July 21, 2011.

  4) The initial case management conference is continued to July 28, 2011 at 10:00 a.m., in Courtroom B, 15th Floor, San Francisco. All dates are adjusted accordingly.

  IT IS SO ORDERED.

Dated: May 26, 2011

_____
UNITED STATES MAGISTRATE JUDGE

-3-
JOINT CMC STATEMENT - STIPULATION
Case No.: CV 10 5590 MEJ