ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:    (562) 435-2626
Telecopier:   (562) 437-7555
Email:        erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:    (415) 693-5566
Telecopier:   (415) 693-0410
Email:        contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.



GRANTED
Judge Maria-Elena James

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. PACIFIC TRANSPORT, INC.,<br><br>    Defendant. | Case No.: CV 10 5590 MEJ<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff MITSUI O.S.K. LINES, LTD. ("MOL"), pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby dismisses the above-captioned action against U.S. PACIFIC TRANSPORT, INC. with prejudice, each party to bear its own fees and costs.

///

-2-

1  DATED:  July 5, 2011                    FLYNN, DELICH & WISE LLP

4                                          By: _____/s/_____
                                                    Erich P. Wise
5                                                   Conte C. Cicala
                                           Attorneys for Plaintiff
6                                          MITSUI O.S.K. LINES, LTD.

---

NOTICE OF DISMISSAL WITH PREJUDICE
Case No.: CV 10 5590 MEJ

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566